## 3170. AKRIDGE *v.* THE STATE.

POWELL, J. As the record fails to disclose any proof of venue, a new trial must be granted.      *Judgment reversed.*
DECIDED JUNE 7, 1911.

Accusation of beating wife; from city court of Monroe—Judge Stone. January 10, 1911.

*Orrin Roberts,* for plaintiff in error.

*H. G. Nowell, solicitor,* contra.

---

## 3173. DURDEN *et al. v.* DE LOACH, administrator.

POWELL, J. The determination of the questions presented depends upon a consideration of the evidence. The record contains no legal brief of the evidence, as the documents which were introduced at the trial are copied into what purports to be a brief of the evidence in extenso, and without any attempt at condensation or abridgment. Following the uniform practice of this court and of the Supreme Court as to this, the judgment must be      *Affirmed.*
DECIDED JUNE 7, 1911.

Complaint; from city court of Swainsboro—Judge Mitchell. December 10, 1910.

*Saffold & Larsen,* for plaintiffs in error.

*G. S. Johnston, Williams & Bradley;* contra.

---

## 3187. HORNSBY *v.* THE STATE.

RUSSELL, J. The instructions requested, so far as pertinent to the issue, were fully and fairly covered by the general charge. In view of the evidence in the record, all of the other exceptions are without merit. The evidence authorized the verdict rendered, and there was no error in refusing a new trial.      *Judgment affirmed.*
DECIDED JUNE 7, 1911.

Accusation of shooting at another; from Miller superior court — Judge Worrill. January 24, 1911.

*W. I. Geer,* for plaintiff in error.

*J. A. Laing, solicitor-general, R. B. Arnold,* contra.